UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**QEDRO ABDULLAHI WEYRAH,**

      **Plaintiff,**

  v.                                      Civil Action 2:25-cv-702
                                              Judge Michael H. Watson
                                              Magistrate Judge Chelsey M. Vascura

**JOHN ARMSTRONG,** *Senior Bureau*
*Official Bureau of Consular Affairs, et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance (ECF No. 9). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **JANUARY 26, 2026**. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JANUARY 26, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE